IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOWNSTREAM ENERGY | § | CASE NO. 01-44266-H4-7 |
| CORPORATION | § | (Chapter 7) |
| | § | |
| Debtor | § | |

**APPLICATION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. §374(a)**

The undersigned Trustee reports:

_____  The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√  More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq.*).

Respectfully submitted,

*/s/ Pamela Gale Johnson*
Pamela Gale Johnson
Fed ID No. 4481
TBN 10777700
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-1664
Facsimile: (713) 276-1626

**CHAPTER 7 TRUSTEE**

## EXHIBIT "A"

Please Check One:

____   Small Dividends

√   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| LaTanya Johnson<br>14504 Briar Forest Drive<br>Houston, TX 77077 | 4 | $133.14 |
| | TOTAL: | $133.14 |

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the *Application to Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to all parties listed below at the addresses shown, on this 15th day of January, 2010:

Debtor
Downstream Energy Corporation
5419 Windham Springs Court
Houston, Texas 77041

Debtor's Attorney
Richard L. Fuqua, II
Fuqua & Keim
2777 Allen Parkway, Suite 480
Houston, Texas 77019

U.S. Trustee
Charles F. McVay
ATTN:  Nancy Holley
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

                  */s/ Pamela Gale Johnson*
                    Pamela Gale Johnson